In the Matter of GEORGE W. CRISS, Respondent, against JAMES E. FINEGAN et al., as Commissioners of the Municipal Civil Service Commission of the City of New York, et al., Appellants, and S. HOWARD COHEN et al., as Commissioners of the Board of Elections of the City of New York, Respondents, Impleaded with Another.

Argued September 27, 1937; decided October 12, 1937.

*Paul Windels,* Corporation Counsel (*William S. Gaud, Jr., Paxton Blair* and *Robert H. Schaffer* of counsel), for appellants.

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein* of counsel), for Board of Elections of City of New York, respondent.

*Irving H. Saypol* and *Leo Kotler* for petitioner, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.